UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHSTATE BANK, N.A., | No. 2:25-cv-01970-DAD-AC |
| Plaintiff, | |
| v. | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| CAPITAL AIR TOOL SYSTEM, INC., et al., | |
| Defendants. | (Doc. Nos. 9, 18) |

This matter is before the court on plaintiff's motion for default judgment. (Doc. No. 9.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for entry of default judgment be granted and that judgment be entered in favor of plaintiff. (Doc. No. 18.) Specifically, the magistrate judge concluded that under the applicable legal standards plaintiff was entitled to the entry of default judgment against defendant in the amount of $594,415.73. (*Id.* at 3–8.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*

/////

1

at 8.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 16, 2025 (Doc. No. 18) are adopted in full;

2. Plaintiff's motion for entry of default judgment (Doc. No. 9) is granted;

3. Plaintiff Southstate Bank, N.A.is awarded damages against defendants in the amount of $594,415.73;

4. Plaintiff's security interests in certain personal property of Capital Air, specified in Exhibit "A" to the subject Security Agreement (Doc. No. 1 at 39), are hereby foreclosed, and plaintiff is entitled to recover immediate possession of that personal property as its true owner;

5. Nothing in this judgment is intended to limit or restrict the right or ability of plaintiff to enforce this Judgment against defendants by writ of execution and writ of possession; and

6. The Clerk of the Court is directed to enter judgment in favor of plaintiff and to close this case.

IT IS SO ORDERED.

Dated:   **February 16, 2026**   

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2